IN THE COMMONWEALTH COURT OF PENNSYLVANIA

In Re: Estate of William Henry Fillhart :
No. 32-93-0409 :
                                        :

Appeal of: William H. Coyle :     No. 2534 C.D. 2015

## **O R D E R**

NOW, December 5, 2016, having considered appellant's application for reconsideration, the application is denied.

 

MARY HANNAH LEAVITT,
President Judge